# CHARLES DAHLBERG v. LENA JOHNSON and Another.[1]

October 25, 1912.

Nos. 17,932—(48).

**Boundary.**

The decision was supported by the findings of fact. [Reporter.]

Action in the district court for Lyon county to determine the location of a certain boundary line. The separate answers admitted that plaintiff's land adjoined defendants' land on the north and alleged that defendants and their grant-

[1] Reported in 137 N. W. 1115.

ors had, during all the time for the past thirty years, been in the actual, open, continuous, adverse, hostile and exclusive possession, with the intention to claim adversely to plaintiff, and all others, all the land lying south of the line extended practically east and west through the quarter post established by the United States government on the north line of section 4, township 108, north of range 43 west, and during all of said period had exclusively farmed, worked and cut the hay on the same. The case was tried before Olsen, J., who made findings locating the boundary line between plaintiff and defendants and ordered judgment accordingly. From the judgment entered pursuant to the findings, plaintiff appealed. Affirmed.

*Robinson & English,* for appellant.

*Janes, Howard & Janes,* for respondents.

PER CURIAM.

Appeal from a judgment in an action to determine boundary lines to land. The only question presented by the record is whether the court's findings of fact sustain its conclusions of law and judgment. We hold, upon a consideration of the record, that the conclusion of law and judgment are so clearly sustained by the facts found as to render any discussion of the question unnecessary.

Judgment affirmed.